# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Anthony O. Egbase<br>Onyinye Anyama, 262152 | Atty Name (if applicable): | Anthony O. Egbase |
| Street Address: | The World Trade Center<br>350 S. Figueroa Street, Suite 189<br>Los Angeles, CA 90071 | CA Bar No. (if applicable): | 181721 |
| Filer's Telephone No.: | (213) 620-7070 | Atty Fax No. (if applicable): | (213) 620-1200 |

| | |
|---|---|
| In re:<br><br>Leo David Strom<br>Wynne R Waugaman | Case No. 1:10-bk-10847-MT<br>Chapter 13 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?

☐ Yes   ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A   ☐ B   ☐ C   ☐ D   ☐ E   ☐ F   ☐ G   ☐ H   ☐ I   ☒ J

☐ Statement of Social Security Number(s)   ☐ Statement of Financial Affairs
☐ Statement of Intention   ☒ Other: Chapter 13 Plan

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Leo David Strom and Wynne R Waugaman**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED: 5/10/2010

/s/ Leo David Strom
Leo David Strom
*Debtor Signature*

/s/ Wynne R Waugaman
Wynne R Waugaman
*Co-Debtor Signature*

**\*\*SEE PROOF OF SERVICE\*\***

B-1008 *Revised November 2003*

B6J (Official Form 6J) (12/07)

In re  **Leo David Strom**
**Wynne R Waugaman**                                                          Case No.  **1:10-bk-10847-MT**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,807.00 |
|     a. Are real estate taxes included?  Yes ___  No **X** | |
|     b. Is property insurance included?  Yes ___  No **X** | |
| 2. Utilities:  a. Electricity and heating fuel | $ 150.00 |
|     b. Water and sewer | $ 140.00 |
|     c. Telephone | $ 0.00 |
|     d. Other  **See Detailed Expense Attachment** | $ 75.00 |
| 3. Home maintenance (repairs and upkeep) | $ 75.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 75.00 |
| 6. Laundry and dry cleaning | $ 80.00 |
| 7. Medical and dental expenses | $ 250.00 |
| 8. Transportation (not including car payments) | $ 325.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 75.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 65.00 |
|     b. Life | $ 0.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 420.00 |
|     e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify)  **proeprty taxes** | $ 565.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 475.00 |
|     b. Other | $ 0.00 |
|     c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other | $ 0.00 |
|     Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 6,077.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $ 7,288.78 |
| b. Average monthly expenses from Line 18 above | $ 6,077.00 |
| c. Monthly net income (a. minus b.) | $ 1,211.78 |

B6J (Official Form 6J) (12/07)

In re  Leo David Strom
Wynne R Waugaman
Debtor(s)

Case No.  **1:10-bk-10847-MT**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| gas | $ 50.00 |
| internet | $ 25.00 |
| **Total Other Utility Expenditures** | $ **75.00** |

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:  5/10/2010

ONYINYE ANYAMA
Print or Type Name

*[Signature]*
Signature

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

Leo David Strom
17842 Margate St
Encino, CA 91316


Wynne R Waugaman
17842 Margate St,
Encino, CA 91316


Anthony O. Egbase
Law Offices of Anthony O. Egbase
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071


Account Management Ser
5300 Orange Ave Ste 120
Cypress, CA 90630


American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355


American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355


Bac / Fleet Bankcard
Po Box 26012
Greensboro, NC 27420


Bac / Fleet Bankcard
Po Box 26012
Greensboro, NC 27420

Bank Of America
Po Box 17054
Wilmington, DE 19850


Bank Of America
Po Box 17054
Wilmington, DE 19850


Cach Llc
Attention: Bankruptcy Department
4340 South Monaco St. 2nd Floor
Denver, CO 80237


Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


Central Financial Control
Attn: Bankruptcy
Po Box 66044
Anaheim, CA 92816


Central Financial Control
Attn: Bankruptcy
Po Box 66044
Anaheim, CA 92816


Central Financial Control
Attn: Bankruptcy
Po Box 66044
Anaheim, CA 92816


Chase
Po Box 15298
Wilmington, DE 19850

Chase
Po Box 15298
Wilmington, DE 19850

Citi
Pob 6241
Sioux Falls, SD 57117

Citi
Po Box 6241
Sioux Falls, SD 57117

Continental Central Credit, Inc.
P.O. Box 131120
Carlsbad, CA 92013

Countrywide Home Lending
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062

Credit First
Po Box 818011
Cleveland, OH 44181

Designed Receivable So
1 Centerpointe Dr Ste 45
La Palma, CA 90623

Designed Receivable So
1 Centerpointe Dr Ste 45
La Palma, CA 90623

Dir Crd Cntl
269 S Beverly Blvd
Beverly Hills, CA 90212

Direct Merchants Bank
Card Member Services - GSC
Po Box 5246
Carol Stream, IL 60197

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850

Elizabeth A. Bleier Esq.
Bleier & Cox LLP
16130 Ventura Blvd., Suite 620
Encino, CA 91436

Elizabeth Rojas
Chapter 13 Trustee
15060 Ventura Blvd, Suite 240
Sherman Oaks, CA 91403

Erica L. Brachfeld, Esq. SBN 180683
Law Offices of Branchfeld & Associa
20300 S Vermont Ave. Suite 120
Torrance, CA 90502

Fia Card Services
P.O. Box 15137
Wilmington, DE 19850

Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267


Fresn Cb Col
757 L Street
Fresno, CA 93721


GMAC Mortgage, LLC
Attention: Bankruptcy Dept.
3451 Hammond Ave
Waterloo, IA 50702


Hsbc Bank
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL 60197


Internal Revenue Services
Ogden, UT 84201-0030


J J Mac Intyre Co Inc
1801 California Ave
Corona, CA 92881


Los Angeles County Tax Collector
P. O. Box 54018
Los Angeles, CA 90054


Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


M Leonard & Associates
14520 Erwin St
Van Nuys, CA 91411


Midland Credit Mgmt
8875 Aero Dr  Ste 200
San Diego, CA 92123


Pianos Whole
4923 Santa Anita Avenue
Temple City, CA 91780


Raymond J. Lee, Esq. SBN 219811
Zwicker & Associates, P.C.
199 South Los Robles Ave., Ste.410
Pasadena, CA 91101


Sallie Mae
11100 Usa Parkway
Fishers, IN 46038


Security Collection Bu
Po Box 4655
Glendale, CA 91222


Security Collection Bu
Po Box 4655
Glendale, CA 91222

SIMM Associates, Inc,
800 Pencader Drive
Newark, DE 19702


Superior Court of California
County of Los Angeles
6230 Sylmar Ave,
Van Nuys, CA 91401


Superior of California
 Northwest District/Van Nuys
6230 Sylmar Avenue
Van Nuys, CA 91401


Tricom Management
1300 N Kellogg Drive, Suite B
Anaheim, CA 92807


Universal Vacation Club
P.O. Box 881069
San Diego, CA 92168


University of Southern California
Los Angeles, CA 90089-1263



Usc Credit Union
3720 S Flower Street
Los Angeles, CA 90089


Washington Mututal Bank
P O Box 36520
Louisville, KY 40233

```
Wells Fargo
Po Box 60510
Los Angeles, CA 90060
```